IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| PHILIP EMIABATA, | § | Bankruptcy Case No. 09-37104-13 |
|    Debtor | § | |

-------------------------------------------------------------------------------------

| | | |
|---|---|---|
| | § | |
| PHILIP EMIABATA, | § | **CIVIL ACTION NO. H-09-3547** |
|    Appellant. | § | |

## **MEMORANDUM AND ORDER**

This bankruptcy appeal is before the Court on the "Motion for Reinstatement of Appeal and to Vacate Order of the Court of December 23rd, 2009" ("Motion") [Doc. # 9].  In the Memorandum and Order [Doc. # 7] entered December 23, 2009, the Court noted that Appellant Philip Emiabata had not filed a response to the  Motion to Dismiss Appeal [Doc. # 4] filed by Bank of America ("BOA").  In the Motion, Appellant states correctly that he filed a timely Response to BOA's Motion to Dismiss, but it was improperly docketed by the Clerk's Office in only the bankruptcy case.  As a result, the Court did not review the Response prior to ruling on BOA's motion.

The Court has now carefully reviewed Appellant's Motion [Doc. # 9] and Response [Doc. # 8].  Based on this review, the Court concludes that the Response

does not affect the soundness of the Court's prior ruling in this appeal. As discussed in the Memorandum and Order [Doc. # 7] entered December 23, 2009, BOA held a claim secured by Appellant's 2007 Hummer H2 (the "Collateral"). BOA obtained relief from the automatic stay in Appellant's Chapter 13 bankruptcy proceeding, then foreclosed on and sold the Collateral at auction to a third party good faith purchaser for value. As a result, under clear Fifth Circuit legal authority, the appeal was moot because the Collateral had been sold. *See, e.g., Matter of Sullivan Cent. Plaza I, Ltd.*, 914 F.2d 731, 733 (5th Cir. 1990). Because this bankruptcy appeal was properly dismissed as moot for the reasons discussed in the December 23, 2009 Memorandum and Order, it is hereby

**ORDERED** that Appellant's Motion [Doc. # 9] is **DENIED**.

SIGNED at Houston, Texas, this 4th day of **January, 2010.**

_____
Nancy F. Atlas
United States District Judge